**Order entered December 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00419-CR

**TAMMI L. DONNELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20425-N**

## ORDER

Appellant's brief was due August 28, 2016. In September, we abated the appeal for a hearing on why appellant's brief had not been filed. The trial court found appellant needed until November 30, 2016 to file the brief because of medical issues. To date, the brief has not been filed and appellant has not communicated with the Court.

We **ORDER** appellant to file his brief by **JANUARY 6, 2017**. No further extensions will be granted. If appellant's brief is not filed by the date specified, we will order Larry Mitchell removed as appellant's counsel and will order the trial court to appoint a new attorney to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Presiding Judge, 195th Judicial District Court; Larry Mitchell; and to the Dallas County District Attorney's Office.

/s/     ADA BROWN
          JUSTICE